UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22036-CIV-MARTINEZ-BANDSTRA

ADVANCED DIABETES TREATMENT
CENTERS OF FLORIDA, LLC,
    Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC., and HEALTH OPTIONS,
INC.,
    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING DETERMINATION OF MOTION TO REMAND

THIS CAUSE came before the Court upon Plaintiff's Motion to Stay Proceedings Pending Determination of Motion to Remand **(D.E. No. 13)**, filed on September 15, 2006. The Court has carefully considered the motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Stay Proceedings Pending Determination of Motion to Remand **(D.E. No. 13)** is GRANTED.

2. This case is STAYED pending resolution of Plaintiff's Motion to Remand.

3. In the event that the Motion to Remand is denied, Plaintiff shall have ten days from the date of the order to respond to the pending Motion to Dismiss, Motion to Strike Demand for Jury Trial, and Motion to Strike Claim for Attorney's Fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record